DEPARTMENT OF REVENUE

September 18, 2025

ID: XXX-XX-4553
Letter ID: L0449848672

#BWBBMRR
#0000 0044 9848 6721#
UNITED STATES BANKRUPTCY COURT
DIST OF MN - MINNEAPOLIS
301 DIANA E. MURPHY U.S. COURTHOUSE
300 S 4TH ST
MINNEAPOLIS, MN 55415-2255

RECEIVED BY MAIL

SEP 22 2025

TIME: ______
CLERK, U.S. BANKRUPTCY COURT
MINNEAPOLIS, MINNESOTA

## The Minnesota Department of Revenue is withdrawing a claim

We are withdrawing claim 15 filed on May 14, 2024 for **$89,147.66**, without prejudice.

| | |
|---|---|
| Debtor name: | KEVIN LUNDBERG |
| Debtor ID: | XXX-XX-4553 |
| Case: | 21-40286 |
| Chapter: | Chapter 12 |

STATE OF MINNESOTA
Commissioner of Revenue

by: [signature]

### Contact information

Collection Division
Phone: 651-556-6378 or 1-800-657-3909 (toll-free)
Email: mdor.bkysec@state.mn.us
Fax: 651-282-2817

### Mailing address

Minnesota Revenue
PO Box 64447 - BKY
St. Paul, MN 55164-0447